Brian D. Johnson #6754
**BRIAN D. JOHNSON, P.C.**
290 25th St. Suite 208
Ogden, UT 84401
(801) 394-2336
Attorney for Debtor(s).

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF UTAH<br>NORTHERN DIVISION | |
| In re:    SCOTT ALAN FUELL<br>            SHAWN ANGEL FUELL,<br><br>            Debtor(s). | Case No. 18-22410<br><br>Chapter 13<br><br>Judge KEVIN R. ANDERSON |
| **OBJECTION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS** | |

Debtors, through counsel undersigned, hereby objects to the Trustee's Motion to Dismiss and request allowance of attorneys' fees and costs. Debtor asserts as follows:

1. Debtors didn't realize they were that far behind on their plan payments.
2. Debtors have since made payments to try to cure delinquency. Debtors will cure the delinquency or file a motion to abate on or before hearing on this matter.
3. Counsel has expended time and expense on this motion of value to debtors and estate. Such time and expense should be allowed by the Court, in an amount not exceeding $1,000.00. Such administrative expense claim should be paid by the trustee forthwith, prior to payment of other claims.

Wherefore, Debtors request that this objection be sustained, that trustee's motion be denied, and that the Court allow fees and costs to counsel in an amount not exceeding $1,000.00, and that the Court provide for adjustments to per-monthly payments to secured creditors as outlined herein.

Dated this 22nd day of January, 2019.

/s/Brian D. Johnson
Counsel for Debtor(s)